```
                          United States Bankruptcy Court
                            Southern District of Iowa
In re:                                                        Case No. 16-00944-lmj
Rita A Case                                                   Chapter 7
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0863-4          User: admin              Page 1 of 2         Date Rcvd: Aug 09, 2016
                              Form ID: 1318            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db           +Rita A Case,    1940 SE Windover Dr.,    Ankeny, IA 50021-4420
802165202     Cach LLC,    c/o John Rogers,    12 South Central Ave, SUite 130,    Saint Louis, MO 63105
802165206    #+Consumer Adjustment Co,    4121 Union Rd Ste 201,    Saint Louis, MO 63129-1070
802165207    +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
802165211   ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
              (address filed with court: Iowa Department of Revenue,    Hoover State Building,
              Des Moines, IA 50319)
802165214    +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
802171977     MidAmerican Energy Co,    Credit,    PO Box 4350,    Davenport IA 52808-4350
802165213    +Monarch Recovery Mgmt, Inc,    P.O. Box 16119,    Philadelphia, PA 19114-0119
802165216    +Northland Group Inc,    P.O.BOX 390905,    Minneapolis, MN 55439-0905
802165220     Portfolio Recovery Associates LLC,    Disputes Department,    140 Corporate Blvd,
              Charleston, WV 25302
802165223     Selene Finance,    P.O. Box 71243,    Philadelphia, PA 19176-6243
802165224    +South & Associates PC,    6363 College Blvd, Suite 100,    Leawood, KS 66211-1881
802165225    +States Recovery System,    2491 Sunrise Blvd,    Gold River, CA 95670-4344
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
802165201     EDI: BANKAMER.COM Aug 09 2016 23:33:00       Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
802165200    +E-mail/Text: bknotices@bankofthewest.com Aug 09 2016 23:33:34        Bank Of The West,
              2527 Camino Ramon,    San Ramon, CA 94583-4213
802165203     EDI: CAPITALONE.COM Aug 09 2016 23:33:00       Capital One Bank Usa N,    15000 Capital One Dr,
              Richmond, VA 23238
802165204    +EDI: CHASE.COM Aug 09 2016 23:33:00       Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
802165205     EDI: WFNNB.COM Aug 09 2016 23:33:00       Comenity Bank/Younkers,    P.O. Box 659813,
              San Antonio, TX 78265-9113
802165206    +EDI: CACINC.COM Aug 09 2016 23:33:00       Consumer Adjustment Co,    4121 Union Rd Ste 201,
              Saint Louis, MO 63129-1070
802165208    +E-mail/Text: bknotice@erccollections.com Aug 09 2016 23:33:32        Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
802165210     EDI: IRS.COM Aug 09 2016 23:33:00       Internal Revenue Service,    PO BOX 7346,
              Philadelphia, PA 19101-7346
802165212    +EDI: CBSKOHLS.COM Aug 09 2016 23:33:00       Kohls/Capone,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
802165215    +E-mail/Text: bankruptcy@nfm.com Aug 09 2016 23:33:29        Nebraska Furniture Mar,
              700 S 72nd St,    Omaha, NE 68114-4697
802165217    +EDI: PRA.COM Aug 09 2016 23:33:00       Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4962
802165222    +EDI: SEARS.COM Aug 09 2016 23:33:00       Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
802165226    +E-mail/Text: bankruptcydepartment@tsico.com Aug 09 2016 23:33:42        Transworld Sys Inc/55,
              507 Prudential Rd,    Horsham, PA 19044-2308
802165209    +EDI: FSAE.COM Aug 09 2016 23:33:00       firstsource,    205 Bryant Woods South,
              Buffalo, NY 14228-3609
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
802165221     Quest Diagnostics,    P.O. Box
802165218*   +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
802165219*   +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:

           Donald F. Neiman     trusteeneiman@bradshawlaw.com,
            IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net;warner.barbara@bradshawlaw.com
           Samuel Z Marks     on behalf of Debtor Rita A Case office@markslawdm.com
           United States Trustee     USTPRegion12.DM.ECF@usdoj.gov

                                                                              TOTAL: 3

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Rita A Case** | | Social Security number or ITIN | **xxx–xx–9569** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Iowa** | | | | |
| Case number:  **16–00944–lmj7** | | | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rita A Case

8/9/16                                                                                  **By the court:**  Judge Lee M. Jackwig
                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

Official Form 318                                              **Order of Discharge**                                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**